State ex rel. Kemper v. St. Louis, Kansas City & Northern R'y Co.

THE STATE *ex rel.* KEMPER, *Appellant,* v. THE ST. LOUIS, KANSAS CITY & NORTHERN RAILWAY COMPANY.

1. **Retrospective Legislation**: MUNICIPAL TAXATION. Where a municipal corporation has, in the due exercise of a power conferred upon it by the legislature, assessed and levied a tax upon certain property within its limits, the legislature may, by an act retrospective in its terms, and which takes effect before such tax becomes due, annul the assessment so made, and vest in another body the power to make the assessment for that year.

2. **Not a Special Law.** The act "to provide for the assessment and collection of taxes on bridges owned by joint-stock companies, and property and franchises owned by telegraph and express companies," is not a special law within the meaning of the constitutional inhibition against the passage of local or special laws.

3. **Retrospective Legislation.** Section 15 of the Bill of Rights was not intended to prohibit the passage of retrospective acts which do not disturb rights of a private character.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Daudt & Cunningham* and *F. W. Hinman* for appellant.

*Wells H. Blodgett* and *Geo. S. Grover* for respondent.

SHERWOOD, J.—We have examined this cause and have read the opinion of the St. Louis court of appeals delivered herein. Being satisfied with the reasons and conclusions reached by that court, its judgment is affirmed. All concur.

*These syllabi are taken from 9 Mo. App. 532.